| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>829367<br>PHELAN HALLINAN DIAMOND & JONES, PC<br>1617 JFK Boulevard, Suite 1400<br>Philadelphia, PA 19103<br>856-813-5500<br>Attorneys for Secured Creditor: HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR MERRILL LYNCH MORTGAGE INVESTORS TRUST, SERIES 2006-AF1 | Order Filed on December 12, 2019<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>JOSEPH PAULAUSKAS<br>HOLLY PAULAUSKAS | Case No: 19-25920 - CMG<br><br>Hearing Date: 11/20/2019<br><br>Judge: CHRISTINE M. GRAVELLE |

### CONSENT ORDER RESOLVING OBJECTION TO CONFIRMATION

The consent order set forth on the following pages, numbered two (2) through three (3) is hereby **ORDERED**.

**DATED: December 12, 2019**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

**NJID 829367**
PHELAN HALLINAN DIAMOND & JONES, PC
1617 JFK Boulevard, Suite 1400
Philadelphia, PA 19103
856-813-5500
Attorneys for HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR
MERRILL LYNCH MORTGAGE INVESTORS TRUST, SERIES 2006-AF1

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

IN RE:

JOSEPH PAULAUSKAS
HOLLY PAULAUSKAS

Debtors

CASE NO. 19-25920 - CMG

CHAPTER 13

CONSENT ORDER RESOLVING
OBJECTION TO CONFIRMATION

HEARING DATE: 11/20/2019

This Consent Order pertains to the property located at 430 EAST ARVERNE AVENUE, OCEAN GATE, NJ 08740, mortgage account ending with "9861";

THIS MATTER having been brought before the Court by, James J. Cerbone, Esquire, Esquire attorney for debtors, HOLLY PAULAUSKAS, JOSEPH PAULAUSKAS upon the filing of a Chapter 13 Plan, HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR MERRILL LYNCH MORTGAGE INVESTORS TRUST, SERIES 2006-AF1 by and through its attorneys, Phelan Hallinan Diamond & Jones, PC having filed an Objection to the Confirmation of said Chapter 13 Plan and the parties having subsequently resolved their differences; and the Court noting the consent of the parties to the form, substance and entry of the within Order; and for other and good cause shown:

IT IS ORDERED as follows:

1.    The debtors plan is hereby amended to allow **$6,642.30** to be paid to HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR MERRILL LYNCH MORTGAGE INVESTORS TRUST, SERIES 2006-AF1. Said amount reflects that found on HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR MERRILL LYNCH MORTGAGE INVESTORS TRUST, SERIES 2006-AF1's Proof of Claim.

2.    If required by the Chapter 13 Trustee, Debtor agrees to amend their Chapter 13 Plan post-confirmation to provide for the arrears listed in HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR MERRILL LYNCH MORTGAGE INVESTORS TRUST, SERIES 2006-AF1's allowed secured proof of claim.

    3.    Debtors acknowledge that the monthly post-petition mortgage payment amount is subject to change in accordance with the terms of the note and mortgage.

    4.    This Order shall be incorporated in and become a part of any Order Confirming Plan in the herein matter.

The undersigned hereby consent to the form,
Content and entry of the within Order:

PHELAN HALLINAN DIAMOND & JONES, PC
Attorneys for Secured Creditor:
HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR MERRILL LYNCH MORTGAGE INVESTORS TRUST, SERIES 2006-AF1

/s/ Robert J. Davidow
Robert J. Davidow, Esq.
Phelan Hallinan Diamond & Jones, PC
1617 JFK Boulevard, Suite 1400
Philadelphia, PA 19103
Tel: 856-813-5500 Ext. 47960
Fax: 856-813-5501
Email: Robert.Davidow@phelanhallinan.com

    Dated: 12/04/2019

/s/ James J. Cerbone    Dated: 12/09/2019
James J. Cerbone, Esquire, Esquire
Attorney for debtors