| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Joseph Paulauskas<br>First Name    Middle Name    Last Name | Social Security number or ITIN    xxx–xx–8854<br>EIN    _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Holly Paulauskas<br>First Name    Middle Name    Last Name | Social Security number or ITIN    xxx–xx–4890<br>EIN    _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court    District of New Jersey | | |
| Case number:    19–25920–CMG | | |

# Order of Discharge                                                                    12/18

---

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

    Joseph Paulauskas                Holly Paulauskas

    <u>12/5/24</u>                            **By the court:** <u>Christine M. Gravelle</u>
                                                                 United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

    ♦ debts that are domestic support obligations;

    ♦ debts for most student loans;

    ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re:  
Joseph Paulauskas  
Holly Paulauskas  
    Debtors

Case No. 19-25920-CMG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 3  
Date Rcvd: Dec 05, 2024      Form ID: 3180W      Total Noticed: 50

The following symbols are used throughout this certificate:  
**Symbol**    **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 07, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Joseph Paulauskas, Holly Paulauskas, 430 East Arverne Avenue, POB 814, Ocean Gate, NJ 08740-0814 |
| cr | + | CENLAR FSB AS SERVICER FOR CITIMORTGAGE, INC., Phelan Hallinan & Schmieg, PC, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| cr | + | CITIMORTGAGE, INC., Phelan Hallinan & Schmieg, PC, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| cr | + | HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE ET., Phelan Hallinan & Schmieg, PC, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| 518479687 | + | Ambulatory Enes Physician, PO Box 48180, Newark, NJ 07101-8380 |
| 518479686 | + | Apogee Physicians of New Jersey, PO Box 708640, Sandy, UT 84070-8627 |
| 518479685 | + | Atlantic Shore Surgical Associates, Attn: Jeffrey Gerstenblatt, 1072 Madison Avenue, Lakewood, NJ 08701-2650 |
| 518479690 | + | Atlantic Surgical Group, 255 Monmouth Road, Oakhurst NJ 07755-1563 |
| 518479689 | | Barron Emergency Physicians, Attn: Phoenix Financial Services, PO Box 361450, Indianapolis, IN 46236-1450 |
| 518479688 | + | Barron Emergency Physicians, PO Box 7418, Philadelphia, PA 19101-7418 |
| 518479682 | + | Coastal Endoscopy Center, LLC, 175 Gunning River Road, Building A, Unit 4, Barnegat, NJ 08005-1436 |
| 518479683 | | Coastal Gastroenterology Associates, 525 Jack Martin Blvd, Suite 300, Brick, NJ 08724-7737 |
| 518479694 | | Coastal Imaging LLC, PO Box 6750, Portsmouth, NH 03802-6750 |
| 519769355 | + | Conrad Acceptance Group, PO Box 469109, Escondido, CA 92046, CA 92046-9109 |
| 518532677 | | HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR MERRILL LYNCH MORTGAGE, INVESTORS TRUST, SERIES 2006-AF1, c/o Cenlar FSB, Attn: Bankruptcy Dept., 425 Phillips Blvd., Ewing, NJ 08618 |
| 518479693 | | Infectious Diseases Professionals LLC, 9 HospitalDr Ste B8, Toms River, NJ 08755-6425 |
| 519769535 | + | Jeffrey Gerstenblatt, Esq, 1072 Madison Avenue, Lakewood, NJ 08701-2650 |
| 518414581 | | Kohls, PO Box 2893, Milwaukee, WI 53201-2983 |
| 518414584 | + | Medical Payment Data, Attn: Savit Enterprises, 46 West Ferris Street, East Brunswick, NJ 08816-2159 |
| 518414583 | + | Medical Payment Data, Attn: AR Resources Inc, 1777 Sentry Parkway West, Blue Bell, PA 19422-2207 |
| 518414582 | + | Medical Payment Data, Attn: Remex, 307 Wall Street, Princeton, NJ 08540-1515 |
| 518414585 | | NJ HHMFA, PO Box 18550, Trenton, NJ 08650-2085 |
| 518479692 | | Ocean Medical Center, Attn: Trans-Continental, PO Box 5055, White Plains, NY 10602-5055 |
| 518479691 | + | Ocean Medical Center, PO Box 650292, Dallas, TX 75265-0292 |
| 518479681 | | Shore Heart Group, 1820 Route 33, Ste 4B, Neptune, NJ 07753-4860 |
| 518479684 | | Urgent Care Manahawkin, PO Box 786061, Philadelphia, PA 19178-6061 |

TOTAL: 26

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Dec 05 2024 20:37:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 05 2024 20:37:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518482640 | | Email/Text: billing@assa-nj.com | Dec 05 2024 20:37:00 | Atlantic Shore Surgical Associates, 478 Brick Blvd., Brick, NJ 08723-6077 |
| 518414574 | | EDI: TSYS2 | Dec 06 2024 01:25:00 | Barclay Card, PO Box 13337, Philadelphia, PA 19101-3337 |

Case 19-25920-CMG   Doc 51   Filed 12/07/24   Entered 12/08/24 00:16:24   Desc Imaged
Certificate of Notice   Page 4 of 5

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 05, 2024 | Form ID: 3180W | Total Noticed: 50 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 518414576 | | Email/Text: BKelectronicnotices@cenlar.com | Dec 05 2024 20:36:00 | Cenlar, PO Box 77404, Trenton, NJ 08628 |
| 518414575 | + | EDI: CAPITALONE.COM | Dec 06 2024 01:25:00 | Capital One Bank, PO Box 71083, Charlotte, NC 28272-1083 |
| 518452806 | + | EDI: AIS.COM | Dec 06 2024 01:26:00 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518506142 | | Email/PDF: bncnotices@becket-lee.com | Dec 05 2024 20:53:44 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518414577 | | EDI: CITICORP | Dec 06 2024 01:25:00 | Citi Bank, PO Box 6241, Sioux Falls, SD 57117-6241 |
| 518414578 | + | EDI: CITICORP | Dec 06 2024 01:25:00 | Citi Cards, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 518526734 | | EDI: CITICORP | Dec 06 2024 01:25:00 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 518414579 | | EDI: IRS.COM | Dec 06 2024 01:25:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 518528988 | | EDI: JEFFERSONCAP.COM | Dec 06 2024 01:26:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 518414580 | | EDI: JPMORGANCHASE | Dec 06 2024 01:25:00 | JPMCB Card, PO Box 15298, Wilmington, DE 19850 |
| 518458149 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Dec 05 2024 20:36:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 518474646 | | Email/Text: perituspendrick@peritusservices.com | Dec 05 2024 20:36:00 | Pendrick Capital Partners II, LLC, Peritus Portfolio Services II, LLC, PO BOX 141419, IRVING, TX 75014-1419 |
| 518482641 | | Email/Text: info@phoenixfinancialsvcs.com | Dec 05 2024 20:36:00 | Phoenix Financial Services, P.O. Box 361450, Indianapolis, IN 46236-1450 |
| 518414586 | | Email/Text: Bankruptcy.Notices@pnc.com | Dec 05 2024 20:36:00 | PNC Bank, PO Box 1820, Dayton, OH 45401 |
| 518523168 | | Email/Text: Bankruptcy.Notices@pnc.com | Dec 05 2024 20:36:00 | PNC Bank, National Association, Attn: Bankruptcy, P.O. Box 94982, Cleveland, OH 44101 |
| 518414588 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Dec 05 2024 20:36:00 | State of New Jersey, Compliance & Enforcement-Bankruptcy Unit, 50 Barrack Street, 9th Floor, PO Box 245, Trenton, NJ 08695-0267 |
| 518414589 | | EDI: SYNC | Dec 06 2024 01:25:00 | SYNCB, PO Box 965060, Orlando, FL 32896-5060 |
| 518414587 | + | EDI: CITICORP | Dec 06 2024 01:25:00 | Sears, PO Box 6282, Sioux Falls, SD 57117-6282 |
| 518415490 | ^ | MEBN | Dec 05 2024 20:37:27 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519769534 | | Email/Text: blindsay@transcontinentalcredit.com | Dec 05 2024 20:36:00 | Trans-Continental, PO Box 5055, White Plains, NY 10602-5055 |

TOTAL: 24

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518414590 | * | SYNCB, PO Box 965060, Orlando, FL 32896-5060 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 07, 2024          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 5, 2024 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Albert Russo | docs@russotrustee.com |
| James J. Cerbone | on behalf of Joint Debtor Holly Paulauskas jamescerboneesq@gmail.com  cerbonejr83307@notify.bestcase.com |
| James J. Cerbone | on behalf of Debtor Joseph Paulauskas jamescerboneesq@gmail.com  cerbonejr83307@notify.bestcase.com |
| Kevin Gordon McDonald | on behalf of Creditor PNC Bank  National Association kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| William M. E. Powers, III | on behalf of Creditor HSBC Bank USA  National Association as Trustee for Merrill Lynch Mortgage Investors Trust, Series 2006-AF1 ecf@powerskirn.com |
| William M.E. Powers | on behalf of Creditor HSBC Bank USA  National Association as Trustee for Merrill Lynch Mortgage Investors Trust, Series 2006-AF1 ecf@powerskirn.com |
| William M.E. Powers, III | on behalf of Creditor HSBC Bank USA  National Association as Trustee for Merrill Lynch Mortgage Investors Trust, Series 2006-AF1 ecf@powerskirn.com |

TOTAL: 8