Form 177 – fnldec

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  19–25920–CMG
Chapter:  13
Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Joseph Paulauskas                                Holly Paulauskas
430 East Arverne Avenue                          430 East Arverne Avenue
POB 814                                          POB 814
Ocean Gate, NJ 08740                             Ocean Gate, NJ 08740

Social Security No.:
xxx–xx–8854                                      xxx–xx–4890

Employer's Tax I.D. No.:

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Albert Russo is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>January 7, 2025</u>                        <u>Christine M. Gravelle</u>
                                                     Judge, United States Bankruptcy Court